UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRAVIS COLEMAN,

         Plaintiff,

v.

SNOHOMISH COUNTY SHERIFF, *et al.*,

         Defendants.

Case No. C18-159-RSM

ORDER DISMISSING CIVIL RIGHTS ACTION

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS as follows:

    (1)    The Report and Recommendation is approved and adopted.

    (2)    Plaintiff's complaint and this action are DISMISSED without prejudice, under 28 U.S.C. § 1915(e)(2)(B)(ii), for failure of plaintiff to state any claim upon which relief may be granted.

//

//

//

ORDER DISMISSING CIVIL
RIGHTS ACTION - 1

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 20 day of November 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CIVIL
RIGHTS ACTION - 2